UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BROOKE ARMBRISTER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:18-CV-1207-G (BK) |
| CARLOS MUNIZ, ET AL., | ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, plaintiff's case is **DISMISSED** with prejudice.

**SO ORDERED**.

November 16, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**